JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES GORDON LONG, et al.,　)　　　　Case No. EDCV 12-821-VAP (OP)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)　　　　J U D G M E N T
　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　)
　　　　　　　　　　　　　　　)
B. CENTORA, et al.,　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　 )
_____)

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 1, 2014

HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge